**Arthur Corman, administrator of the estate of Ida Gintzler, deceased, plaintiff in error, v. Nathan Sucherman, defendant in error. Gen. No. 32,046.**

Action for death by wrongful act in negligent driving of automobile. Judgment for defendant. Error to the Circuit Court of Cook

county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 31, 1928.

Pines, Morse & Stein, for plaintiff in error; Clarence T. Morse, of counsel. Alfred Roy Hulbert, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.